IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TOMMY "SHANE" BODEN,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN AG SOLUTIONS, INC. FKA CROP PRODUCTION SERVICES, INC.,<br><br>Defendant. | Case No. 4:18-cv-266-JMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The parties' Stipulation of Dismissal with Prejudice having come before the court (Dkt. 97), and finding good cause therefore;

**IT IS HEREBY ORDERED** that the above-entitled action be and is hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED** that the Clerk's Office shall enter this Order and provide copies to all counsel. The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of May, 2023.

_____
James M. Moody Jr.
United States District Judge